UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
                                          x
ABDU AL QADER HUSSAIN AL-                  :
MUDAFARI,                                  :
                                           :
                Petitioner,                :
                                           :    Civil Action No. 05-cv-2185 (RCL)
          v.                               :
                                           :
BARACK H. OBAMA, et al.,                   :
                                           :
                Respondents.               :
                                           :
                                          x
```

## ~~PROPOSED~~ SCHEDULING ORDER

THIS CAUSE comes before the Court upon parties' Joint Status Report. Based upon the representations of the parties, it is hereby

1. ORDERED that Petitioner shall file his motion for additional discovery on or before February 4, 2011;

2. ORDERED that Respondent shall file their response to Petitioner's motion for discovery on or before March 11, 2011;

3. ORDERED that Petitioner shall file his reply to Respondents' response on or before March 25, 2011.

4. ORDERED that within fourteen days of the Court ruling on Petitioner's motion for discovery, the parties will file a Joint Status Report proposing a schedule for moving forward with this matter.

SO ORDERED.

_____
1/28/11
Date

_____
Royce C. Lamberth
Honorable Royce C. Lamberth
Chief Judge